UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:17-cr-197-J-32JBT

**JOHN ROBERT HORNER**
_____/

**MOTION TO WITHDRAW AS COUNSEL**

The Defendant, **JOHN ROBERT HORNER**, by and through the undersigned attorney, hereby files a motion to withdraw as counsel of record in this cause and states the following:

1. On November 16, 2017, John Robert Horner, appeared before the Honorable United States Magistrate Judge Joel B. Toomey for his initial appearance. The Office of the Federal Defender was appointed and the case was passed to November 21, 2017 for the Arraignment and Detention hearings. At the arraignment, Mr. Horner entered a plea of not guilty and the case was scheduled for trial before the Honorable United States District court Judge Timothy J. Corrigan. Mr. Horner waived the detention hearing.

2. A conflict has arose between Mr. Horner and another client of the Office of the Federal Defender. Due to the ethics requirements of the Florida Bar, the Office of the Federal Defender cannot represent Mr. Horner.

3. Undersigned counsel has contacted Assistant United States Attorney Laura Taylor about the conflict and she agrees.

**WHEREFORE**, undersigned counsel moves to withdraw as counsel in the case and requests the appointment of independent counsel for Mr. Horner.

## MEMORANDUM OF LAW

Local Rule 2.03 provides that no attorney shall withdraw as counsel without approval of the Court and notice to the defendant.

Florida Rule of Professional Conduct 4-1.7 governs counsel's ethical obligations regarding conflicts of interests. Rule 4-1.7(a) provides the general rule that a lawyer shall not represent a client if: (1) the representation of one client will be directly adverse to another client; or (2) there is a substantial risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by a personal interest of the lawyer. Fla. Rules of Prof §l Conduct 4-1.7(a).

        **DONNA LEE ELM**
        **FEDERAL DEFENDER**

        Respectfully Submitted By:

        ***/s/ Susan Good Yazgi***
        Susan Good Yazgi
        Assistant Federal Defender
        Florida Bar No. 0500739
        200 West Forsyth Street, Suite 1240
        Jacksonville, Florida 32202
        Telephone: (904) 232 3039
        Fax: (904) 232 1937
        Email: susan_yazgi@fd.org

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of March, 2018, a true copy of the foregoing was served by electronic notification to Laura Taylor, Office of the United States Attorney and by U. S. Mail to John Robert Horner c/o the Baker County Jail .

*/s/Susan Good Yazgi*
Susan Good Yazgi