UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 3:17-cr-197-TJC-MCR

JOHN ROBERT HORNER,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

        The defendant John Robert Horner appeared before me on November 1, 2024, for an initial appearance based on alleged violations of his conditions of supervised release. Docs. 81, 88. The parties requested for good cause to continue the detention and preliminary hearings to today. Docs. 88, 90. Because the United States anticipates a dismissal of the petition against Horner, the United States requested release of the defendant on his own recognizance on the condition that he have no contact with the alleged victim, Sydney Defelice. The defendant consented to this condition with the caveat that Horner denies the allegations of the petition. Doc. 81. The parties also agreed to a modification of Horner's supervised release to add a provision requiring no contact with Sydney Defelice.

        Accordingly, based on the parties' consent, I recommend an order modifying the conditions of the defendant's supervised release, Doc. 61, to include a provision prohibiting contact with Sydney Defelice.

**REPORTED** in Tampa, Florida, this 6th day of November, 2024.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge