AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RCV USMS JACKSONVILLE
2025 JUN 3 AM 9:48

United States of America
v.

John Robert Horner
*Defendant*

)
)  Case No.   3:17-cr-197-TJC-MCR
)
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Robert Horner,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 6/3/2025

_____
*Issuing officer's signature*

City and state: Jacksonville, Florida

ELIZABETH M. WARREN
*Printed name and title*

### Return

This warrant was received on *(date)* 6/3/25, and the person was arrested on *(date)* 6/24/25
at *(city and state)* Tampa, FL.

Date: 6/25/25

_____
*Arresting officer's signature*

R. OLIVAS   DUSM
*Printed name and title*